# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                    **CASE NO. 4:14-CR-00187-BSM**

**CAMERON ZAYRELL ARNOLD**                                    **DEFENDANT**

## ORDER

Cameron Arnold's motion for compassionate release [Doc. No. 231] is denied because he has not satisfied his burden of showing extraordinary and compelling reasons to justify early release. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020). Moreover, to the extent that Arnold argues he is entitled to a sentence reduction because he received a substantially longer term of imprisonment than his co-defendants, his request for relief has already been denied. *See* Doc. No. 222.

A jury found Arnold guilty on four counts – one for conspiring to rob banks and the others for aiding and abetting bank robberies – and he was sentenced to 210 months of imprisonment. Doc. Nos. 96–97, 118. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. section 3553. Mot. Compassionate Release at 2, Doc. No. 231.

Arnold contends that he has health problems that are "extraordinary and compelling" and warrant compassionate early release because they put his life and well-being in jeopardy. *Id*. at 7. Arnold states that he contracted COVID-19 in December and is still dealing with the after effects of the virus. *Id*. at 4. He argues that FCI Fairton, where he is imprisoned,

has been on lockdown, off and on, ever since the initial outbreak of COVID-19 and that a lack of space at the facility prevents inmates from abiding by CDC guidelines for social distancing. *Id*. at 4–5.

The government opposes Arnold's motion on two grounds: first, Arnold's age and medical history do not justify compassionate release; and second, Arnold is a danger to society. Resp. Mot. Compassionate Release at 4, 6–7, Doc. No. 232. The government states that Arnold is only 36 years old and his medical records do not show that he is currently diagnosed with any health condition. *Id*. at 4. The government further argues that Arnold was declared recovered from COVID-19 on January 4, and that despite his assertions to the contrary, his medical records do not indicate any ongoing health issues related to the virus. *Id*. Based on his extensive criminal history, including his convictions for aiding and abetting bank robberies by providing weapons to co-conspirators, the government contends that Arnold is a danger to society. *Id*. at 6.

IT IS SO ORDERED this 27th day of May, 2021.

                                                                                         UNITED STATES DISTRICT JUDGE